TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00153-CV






Gracelyn Faith Drake, Appellant



v.



Austin Surgical Hospital; Frosty D. R. Moore, M.D.; and Everett Brew Houston, M.D.,
Appellees





FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT


NO. D-1-GN-07-002706, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING 







M E M O R A N D U M O P I N I O N



 Appellant Gracelyn Faith Drake has filed a motion to dismiss her appeal. See Tex. R.
App. P. 42.1(a)(1). We grant the motion and dismiss the appeal. See id.



 

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: May 28, 2008